UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY KERREOS,

        Plaintiff,        Case no. 13-14504
                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge David R. Grand's report and recommendation, filed September 19, 2014. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: October 24, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, October 24, 2014, using the ECF system.

s/William Barkholz
Case Manager